# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BILL LIETZKE,

    Plaintiff,

v.

CITY OF MONTGOMERY, *et al*.,

    Defendants.

Case No. 2:13-cv-00547-LDG (PAL)

**ORDER**

    This matter is before the Court on the Magistrate Judge's Report and Recommendation (#4), which recommends denial of the plaintiff's application to proceed *in forma pauperis* (#1), and further recommends that the complaint be filed and dismissed.

    In response, plaintiff filed a proposed order that the Magistrate Judge be disqualified, that the defendants be required to pay $24 million for discovery violations, and that a specific law firm be precluded from representing the defendants.  The proposed order confirms the report of the Magistrate Judge that the defendant engages in abusive litigation tactics, as (a) this is at least the sixth action brought against these defendants in various federal jurisdictions scattered across the nation, (b) the complaint lacks any suggestion that this Court has jurisdiction over this matter, and (c) the underlying matters

have been long barred by the statute of limitations, as they occurred at least 10 years ago. Accordingly, for good cause shown,

THE COURT **ADOPTS** that the Report and Recommendation (#4) of the Magistrate Judge;

THE COURT **ORDERS** that Plaintiff's Application to Proceed *In Forma Pauperis* (#1) is DENIED;

THE COURT FURTHER **ORDERS** that the Clerk of the Court is directed to file Plaintiff's complaint;

THE COURT FURTHER **ORDERS** that Plaintiff's complaint is DISMISSED with prejudice.

DATED this ____ day of November, 2013.

Lloyd D. George
United States District Judge